**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Defendant Walter Hass*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER HASS<br><br>            Defendant. | Docket No. 2:24-cr-00728-1<br><br>Honorable Evelyn Padin, U.S.D.J.<br><br>**AFFIDAVIT OF GERALD KROVATIN**<br><br>**ELECTRONICALLY FILED DOCUMENT** |

**GERALD KROVATIN**, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member of the firm of Krovatin Nau LLC, and counsel of record for defendant Walter Hass in the above-captioned matter.

2. I make this affidavit in support of my motion to be relieved as counsel of record for Mr. Hass in this matter.

3. I have represented the Defendant since the inception of this case through the entry of his guilty plea on November 5, 2025.

4. The Government has recently made allegations in connection with its application to revoke the Defendant's bail that have created in irreconcilable conflict between the Defendant and me and prevent me from providing effective assistance of counsel to him.

5. Accordingly, I respectfully request leave of Court to withdraw from representing the Defendant as his counsel of record in this matter.

_____
Gerald Krovatin

Sworn to and Subscribed

Before me this 20th day of

March 2025

_____

CHRISTINA M DAVITT
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 8, 2026