# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>WALTER HASS<br>*Defendant* | MAGISTRATE JUDGE: Magistrate Judge André M. Espinosa<br><br>CASE NO. 2:24-cr-728-EP-1<br>DATE OF PROCEEDINGS: March 21, 2025<br><br>DATE OF ARREST: 3/21/2025 |

**PROCEEDINGS:** Bond Revocation Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [x] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [x] DETENTION/BAIL HRG. set for 3/26/2025, at 1pm.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: KATHERINE CALLE
DEFT. COUNSEL: David Holman - AFPD (Standing in)
PO/PTS: Dana Hafner.
INTERPRETER
  Language:

TIME COMMENCED: 4:16 PM
TIME TERMINATED: 4:40 PM
CD NO: ECR

The Governments motion on the continuance in this matter is granted and Defendant is remanded to custody pending this hearing. Defendant declined to provide a financial affidavit for appointment of counsel. A hearing is scheduled for Wednesday, March 26, 2025, at 1pm.

Joel De La Cruz
DEPUTY CLERK