# LAW OFFICE OF MARK A. ANDERL

**MARK ANDERL**\*
023001985

**GUILLERMO A. ARANGO**\*
040342000
OF COUNSEL

**RICARDO DEL RIO, ESQ.**
028332001
OF COUNSEL

\*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS CRIMINAL TRIAL
ATTORNEYS

ATTORNEY AT LAW
309 MAPLE STREET
PERTH AMBOY, NEW JERSEY 08861
TEL: (732) 324-7700
FAX: (732) 324-8908
ANDOAKPC@GMAIL.COM



April 12, 2025

Honorable Evelyn Padin, U.S.D.J.
Martin Luther King, Jr. U.S. Office & Courthouse
50 Walnut Street
Newark, NJ 07102

     **RE:**  **United States v. Walter Hass**
            **Criminal No. 24-728**

Dear Judge Padin:

     We write to request, respectfully and with the government's consent, that the Court adjust the schedule for submission of sentencing memoranda.

     The sentencing hearing is presently scheduled for April 30, 2025. Neither the government nor the defense seeks to adjourn that hearing.

     By email dated April 4, 2025, the Court informed counsel that each party should submit their respective sentencing memoranda by April 16, 2025. However, on April 11, 2025, Probation filed a revised presentence report which advocates a 5-level increase in the total offense level recommended by the original presentence report. We understand that the government intends to support that increase in its sentencing memorandum.

     Accordingly, we respectfully request that the Court defer the deadline for our sentencing memorandum until April 23, 2025, to enable us to respond to the government's anticipated arguments in support of that proposed increase. The government consents to this request. Should the Cout agree, please conform this letter into an order by executing the space below and entering this letter order on the docket. We thank the Court for considering this submission.

Respectfully,

/s/ Guillermo Arango

cc:  Katherine Calle

SO ORDERED: _____
Hon. Evelyn Padin, U.S.D.J.